FILED
 2022 Mar-28  PM 03:53
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARC KAPSALIS,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2:22-cv-00166-JHE ) |
| **DEAN SICKING,** | ) ) |
| Defendant. | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEAN SICKING and SICKING SAFETY SYSTEMS, LLC,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 2:22-cv-00167-SGC ) |
| **MARK KAPSALIS and ZIKAP, INC.,** | ) ) |
| Defendants. | ) |

### MOTION TO CONSOLIDATE AND REALIGN THE PARTIES AND TO SET DEADLINES FOR RESPONSE

Come now Dr. Dean Sicking and Sicking Safety Systems, LLC and hereby move this Court for an Order consolidating the above-referenced cases and realigning the parties. As grounds therefore, the Movants state as follows:

**Consolidation and Realignment**

1. On February 8, 2022, the first case referenced above (2:22-cv-00166-JHE) (the "Kapsalis-Filed Case") was filed after hours.

2. On the morning of February 9, 2022, shortly after 8:00 a.m., the second case referenced above (2:22-cv-00167-SGC)(the "Sicking-Filed Case") was filed prior to the clerk's office opening for the day.

3. On the morning of February 9, 2022, the court processed the filing of both cases. The Kapsalis-Filed Case was stamped on February 9, 2022, at 9:00 a.m., and the Sicking-Filed Case was stamped on February 9, 2022 at 9:34 a.m.

4. The allegations in each Complaint arise out of all of the same transactions and occurrences and seek declaratory judgments with respect to the same purported contracts and some of the same patents.

5. If tried separately, trial of the two actions could lead to inconsistent results.

6. In connection with consolidation, the Parties would necessarily have to be realigned. As case number 2:22-cv-00166-JHE is technically the first-filed, the Plaintiff in that action would remain the Plaintiff, while Dr. Dean Sicking would be a Defendant and Dr. Sicking and Sicking Safety Systems, LLC would be considered Counterclaim Plaintiffs.

7. Marc Kapsalis, who is the Plaintiff in case number 2:22-cv-00166-JHE and a Defendant in 2:22-cv-00167-SGC, has no objection to this request for consolidation and realignment.

### Deadlines for Responses

8. Under Federal Rule of Civil Procedure 4(d)(3), "[a] defendant who, before being served with process, timely returns a waiver need not serve an answer to the

complaint until 60 days after the request was sent … ."

9. All parties in the above-referenced cases have informally agreed to waive service of process.

10. Kapsalis sent to Sicking a compliant request for waiver of service of process on February 18, 2022. Sixty days from that date will be April 19, 2022. Consequently, under Federal Rule of Civil Procedure 4(d)(3), Sicking must respond to the Complaint of the Kapsalis-Filed Case by April 19, 2022.

11. Sicking sent to Kapsalis a compliant request for waiver of service of process on March 21, 2022. Sixty days from that date will be May 20, 2022. Consequently, under Federal Rule of Civil Procedure 4(d)(3), Kapsalis must respond to the Complaint of the Sicking-Filed Case—re-aligned as a counterclaim in the consolidated case—by May 20, 2022.

12. Marc Kapsalis, who is the Plaintiff in case number 2:22-cv-00166-JHE and a Defendant in 2:22-cv-00167-SGC, has no objection to this request for setting of deadlines for response.

WHEREFORE, for the reasons presented above, the undersigned, as counsel for Dr. Dean Sicking and Sicking Safety Systems, LLC hereby move this Court for an Order:

a) consolidating the above-referenced cases and realigning the parties as set out in this Motion;

b) setting the deadline for Sicking's response to the Complaint of the Kapsalis-Filed Case to be April 19, 2022; and

c) setting as the deadline for Kapsalis's response to the Complaint of the Sicking-Filed Case—re-aligned as a counterclaim in the consolidated case—to be May 20, 2022.

    Respectfully submitted,

    s/Joseph E. Stott
    **JOSEPH E. STOTT - STO041 (ASB-4163-T71J)**
    Attorney for Dr. Dean Sicking and Sicking Safety Systems, LLC

**OF COUNSEL:**

**Stott & Harrington, P.C.**
2637 Valleydale Road, Suite 100
Birmingham, AL 35244
(205) 573-0500
(205) 637-5131 Fax#
joe@stottharrington.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARC KAPSALIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.:   2:22-cv-00166-JHE |
| ) | |
| **DEAN SICKING,** ) | |
| ) | |
| **Defendant.** ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEAN SICKING and SICKING** ) | |
| **SAFETY SYSTEMS, LLC,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No.:   2:22-cv-00167-SGC |
| ) | |
| **MARK KAPSALIS and ZIKAP, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on March 28, 2022 served a copy of the foregoing on the following attorneys of record via CM/ECF and/or by placing a copy of same in the U.S. Mail:

Edward S. Sledge, IV, Esq.
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
esledge@bradley.com

Andrew Tuggle, Esq.
Bradley Arant Boult Cummings, LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
atuggle@bradley.com

                                          **s/Joseph E. Stott**
                                          **OF COUNSEL**